

# IN THE
# TENTH COURT OF APPEALS

## No. 10-19-00423-CR

## IN RE STEVEN BERNARD

## Original Proceeding

## MEMORANDUM OPINION

Relator's petition for writ of mandamus is denied.

JOHN E. NEILL
Justice



Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
(Chief Justice Gray dissenting with a note)*
Petition denied
Opinion delivered and filed December 11, 2019
Do not publish
[OT06]

*(Chief Justice Gray would request a response. Accordingly, he dissents to the denial of the petition for writ of mandamus on an allegation of a failure to rule or possibly what is a pre-trial/pre-indictment application for a writ of habeas corpus for confinement exceeding 140 days without charges being filed and without setting bail on a personal-recognizance bond.)